

# UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF MICHIGAN

1000 WASHINGTON AVENUE – ROOM 214

BAY CITY, MICHIGAN 48708

CHAMBERS OF
**THOMAS L. LUDINGTON**
UNITED STATES DISTRICT JUDGE

(989) 894-8810

July 17, 2007

Mr. Ortie Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

### Re: Calendar Year 2006 Filing

Dear Mr. Smith:

I am responding to your letter of June 13, 2007. Some historical background is necessary to explain my financial reports.

I was first nominated on September 12, 2002. I was confirmed by action of the United States Senate on June 8, 2006. Between those two dates I was renominated on February 14, 2005. My records reflect my preparation and submittal of the following financial reports in response to same:

| Date of Report | Reporting Period |
|---|---|
| September 13, 2002 | Jan. 1, 2002 through Aug. 31, 2002 [Partial year 2002] |
| January 7, 2003 | Jan. 1, 2002 through December 15, 2002 [Calendar year 2002] |
| February 17, 2005 | Jan., 2004 through Jan. 15, 2005 [Calendar year 2004 and partial year 2005] |
| April 26, 2007 | January 1, 2006 through December 31, 2006 [Calendar year 2006] |

Your letter makes two requests for response. First, you identify a number of investment entries listed in the 2006 report that were not included in my "prior report". I have included a spread sheet summary reflecting the terms of the purchase of the assets included in my 2006 report. All of the other assets identified in your letter were purchased during the gap period between my nomination report and the annual report. Second, you identify a number of investment entries that were included in my "prior report" that were not listed in the 2006 report. These items were sold during the reporting period of the February 17, 2005 nomination report when they were exempt transactions or during the gap period between the nomination report and the annual report. The life insurance policies identified at lines 187, 188 and 189 were inadvertently omitted and should now be included.

Please contact me regarding any remaining questions you may have.



TLL:smg

Enclosure

## Judge Thomas L. Ludington
### Financial Disclosure Report 2006 - Supplemental response
#### Report A - Assets Listed in Report for 1/1/06 thru 12/31/06, but not in Report for 1/1/04 thru 01/15/05

| Page | Line | Item | Date Purchased | Purchase Price | Date Sold | Sold Price | Value Code | Type | Gain Code |
|---|---|---|---|---|---|---|---|---|---|
| | 38 | Canadian Tire Corp "A" | 7/17/2006 | $15,729.00 | | | E | Buy | |
| 7 | 56 | Health Care Ppty Inv. Inc | 12/21/2006 | $22,423.00 | | | E | Buy | |
| | 71 | Permian Basin Royalty | 12/21/2006 | $34,229.00 | | | E | Buy | |
| | 74 | San Juan Basin Royalty | 3/24/2006 | $36,215.00 | | | E | Buy | |
| 9 | 97 | ICON Healthcare Fund | 7/17/2006 | $11,674.00 | | | D | Buy | |
| | 102 | Morgan Stanley Inst Intl | 12/21/2006 | $24,424.00 | | | E | Buy | |
| 10 | 106 | Entertainment Pptys | 12/21/2006 | $22,439.00 | | | E | Buy | |
| | 108 | American Gen Fin Bond | 7/18/2006 | $9,668.00 | | | D | Buy | |
| | 114 | Caterpillar Fin Bond | 3/24/2006 | $18,340.00 | | | E | Buy | |
| | 116 | Caterpillar Fin Bond | 12/22/2006 | $15,037.00 | | | E | Buy | |
| | 119 | Exchange Natl Bank CD | 3/24/2006 | $8,986.00 | | | D | Buy | |
| | 121 | Gainsville Bank Bond | 12/22/2006 | $22,000.00 | | | E | Buy | |
| | 123 | John Hancock Bond | 3/24/2006 | $13,128.00 | | | D | Buy | |
| | 126 | Nstar Elec Co Bond | 12/21/2006 | $76,076.00 | | | F | Buy | |
| | 132 | Protective Life Bond | 12/22/2006 | $14,402.00 | | | D | Buy | |
| | 136 | Voyager Bank CD | 7/18/2006 | $12,000.00 | | | D | Buy | |
| 12 | 142 | Discover Bank CD | 12/21/2006 | $10,000.00 | | | D | Buy | |
| | 198 | Magellan Midstream - FBO #1 | 7/18/2006 | $8,004.00 | | | D | Buy | |
| | 211 | Morgan Stanley Inst Intl - FBO #1 | 12/21/2006 | $5,431.00 | | | D | Buy | |
| | 216 | Bankers Trust NY Bond - FBO #1 | 3/24/2006 | $10,430.00 | | | D | Buy | |
| | 221 | Honeywell Intl Inc Bond - FBO #1 | 12/21/2006 | $17,620.00 | | | E | Buy | |
| 17 | 224 | Voyager Bank Bond - FBO #1 | 7/18/2006 | $16,000.00 | | | E | Buy | |
| | 225 | Washington Mutual Bond - FBO #1 | 4/3/2006 | $4,000.00 | | | C | Buy | |
| | 245 | Archstone Communities - FBO #2 | 7/18/2006 | $4,370.00 | | | C | Buy | |
| | 255 | Honeywell Intl Inc Bond - FBO #2 | 12/21/2006 | $8,822.00 | | | D | Buy | |
| 19 | 257 | Omni Bank Bond C28- FBO #2 | 4/10/2006 | $5,000.00 | | | C | Buy | |
| | 258 | New Frontier Bank CD - FBO #2 | 12/21/2006 | $11,000.00 | | | D | Buy | |
| | | Magellan Midstream - FBO #2 | 7/18/2006 | $6,945.00 | | | D | Buy | |
| | | Weingarten Realty - FBO #2 | 3/24/2006 | $3,822.00 | | | C | Buy | |

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Ludington, Thomas L | 2. Court or Organization US District Court MI (Eastern) | 3. Date of Report 04/26/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge | **5a. Report Type (check appropriate type)** ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final **5b.** ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address U. S. Courthouse 1000 Washington Avenue Bay City, MI 48708 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | R. M. Gerstacker Foundation |
| 2. Director | Saginaw Valley State University Foundation |
| 3. Trustee | Albion College |
| 4. Director | Thomas L. Ludington Foundation |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/03 | Michigan Judges Retirement System |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -7 A 10:35 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Partial Year Salary, State of Michigan | $ 51,867 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association Eastern District of Michigan | Contribution to Investiture | $ 3,000 |
| 2. | Currie and Kendall, PC | Contribution to Investiture | $ 1,000 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chemical Bank & Trust (checking & savings) | B | Interest | K | T | Exempt | | | | |
| 2. Dow Chemical Employees Credit Union | A | Interest | J | T | | | | | |
| 3. Waterhouse Money Market | A | Interest | L | T | | | | | |
| 4. Merrill Lynch Money Market | D | Interest | J | T | | | | | |
| 5. CEF Money Market | B | Interest | K | T | | | | | |
| 6. T. D. Waterhouse IRA - KKL | A | Interest | J | T | | | | | |
| 7. T.D. Waterhouse IRA - TLL | A | Interest | K | T | | | | | |
| 8. Amgen Stock | A | Dividend | J | T | | | | | |
| 9. Covance Stock | A | Dividend | J | T | | | | | |
| 10. Cisco Stock | A | Dividend | J | T | | | | | |
| 11. Corning Stock | A | Dividend | J | T | | | | | |
| 12. General Electric Stock | A | Dividend | K | T | | | | | |
| 13. IBM Stock | A | Dividend | K | T | | | | | |
| 14. Quest Diagnostics Stock | A | Dividend | J | T | | | | | |
| 15. Xilinx Inc Stock | A | Dividend | J | T | | | | | |
| 16. Dow Chemical Stock | A | Dividend | K | T | | | | | |
| 17. Chemical Financial Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Petoskey MI Condo | | | M | W | Exempt | | | | |
| 19. Interest Income - KKL 401(K) | A | Interest | J | T | | | | | |
| 20. Index Equity - KKL 401(K) | A | Dividend | K | T | | | | | |
| 21. Growth Equity - KKL 401(K) | A | Dividend | K | T | | | | | |
| 22. Fid. Int. Growth Pool - KKL 401(K) | A | Dividend | K | T | | | | | |
| 23. Dow - KKL 401(K) | A | Dividend | L | T | | | | | |
| 24. ESOP Heritage - KKL 401(K) | A | Dividend | K | T | | | | | |
| 25. Stable Value/GIC Fund - TLL 401(K) | A | Dividend | K | T | | | | | |
| 26. Strong Corp. Bond - TLL 401(K) | A | Dividend | J | T | | | | | |
| 27. Chemical Bank Savings - FBO #1 | A | Interest | J | T | | | | | |
| 28. Federated Balanced (CFC) - FBO #1 | A | Dividend | K | T | | | | | |
| 29. MI Edu Savings Program - FBO #1 | A | Dividend | K | T | | | | | |
| 30. Chemical Bank Savings - FBO #2 | A | Interest | J | T | | | | | |
| 31. MI Edu Savings Plan - FBO #2 | A | Dividend | K | T | | | | | |
| 32. Schwab Money Market | A | Interest | K | T | | | | | |
| 33. Schwab Value Advan | A | Interest | K | T | | | | | |
| 34. BP Prudhoe Bay Royalty | A | Dividend | K | T | Partial Sell | 3/24 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BP Prudhoe Bay Royalty | A | Dividend | J | T | Partial Sell | 7/17 | J | A | |
| 36. BP Prudhoe Bay Royalty | A | Dividend | | | All Sale | 12/21 | K | A | |
| 37. Calamos Gr & Inc Fund | A | Dividend | J | T | | | | | |
| 38. Canadian Tire Corp 'A' | A | Dividend | K | T | | | | | |
| 39. Cardinal Health, Inc | A | Dividend | J | T | Partial Sell | 07/17 | J | A | |
| 40. Cardinal Health, Inc | A | Dividend | J | T | Partial Sell | 07/17 | J | A | |
| 41. Cardinal Health, Inc | A | Dividend | | | All Sale | 07/17 | J | A | |
| 42. Centex Corporation | A | Dividend | J | T | | | | | |
| 43. Countrywide Financial, Inc | A | Dividend | J | T | Partial Sell | 3/24 | J | A | |
| 44. Countrywide Financial, Inc | A | Dividend | | | All Sale | 12/21 | J | A | |
| 45. D R Horton, Inc | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |
| 46. Dorel Industries, Inc | A | Dividend | | | All Sale | 07/17 | J | A | |
| 47. Eaton Vance Utilities Fund | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |
| 48. Equity One, Inc | A | Dividend | K | T | Buy | 03/24 | J | | |
| 49. Equity One, Inc | A | Dividend | K | T | Partial Sell | 12/21 | J | A | |
| 50. Essex Property Trust | A | Dividend | K | T | Partial Sell | 03/24 | J | A | |
| 51. Essex Property Trust | A | Dividend | | | All Sale | 07/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FBR Gas Util Index Fund | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |
| 53. FBR Small Cap Fund | A | Dividend | K | T | | | | | |
| 54. Fidelity Slct Portf Fund | A | Dividend | K | T | Partial Sell | 03/24 | K | D | |
| 55. General Dynamics, Inc | A | Dividend | K | T | | | | | |
| 56. Health Care Ppty Inv, Inc | A | Dividend | K | T | | | | | |
| 57. ING Financial Svs. Fund | A | Dividend | K | T | Partial Sell | 3/24 | J | A | |
| 58. J B Hunt Transport Svsc | A | Dividend | K | T | | | | | |
| 59. Johnson Controls, Inc | A | Dividend | K | T | | | | | |
| 60. Kimco Realty Corp. | A | Dividend | K | T | Partial Sell | 07/17 | J | A | |
| 61. Kimco Realty Corp. | A | Dividend | K | T | Partial Sell | 12/21 | J | B | |
| 62. Knight Transportation | A | Dividend | K | T | Partial Sell | 03/24 | K | D | |
| 63. L-3 Communications, Inc | A | Dividend | J | T | | | | | |
| 64. Lowes Companies, Inc | A | Dividend | K | T | | | | | |
| 65. Meridian Value Fund | A | Dividend | J | T | | | | | |
| 66. MFS Utilities Fund | A | Dividend | K | T | Partial Sell | 03/24 | J | A | |
| 67. NuStar Energy | A | Dividend | K | T | Buy | 07/17 | J | | |
| 68. NuStar Energy | A | Dividend | K | T | Partial Sell | 12/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  NVR, Inc | A | Dividend | J | T | Partial Sell | 03/24 | J | B | |
| 70.  Pan Pacific Retail Properties | A | Dividend | | | All Sale | 07/17 | K | D | |
| 71.  Permian Basin Royalty Tr | A | Dividend | K | T | | | | | |
| 72.  Plains All American Pipelines | A | Dividend | K | T | | | | | |
| 73.  Royce Low-Priced St Fund | A | Dividend | K | T | | | | | |
| 74.  San Juan Basin Royalty | B | Dividend | K | T | | | | | |
| 75.  Seligman Comm Fund | A | Dividend | K | T | | | | | |
| 76.  Shoppers Drug Mart Corp | A | Dividend | K | T | Buy | 03/24 | J | | |
| 77.  Shoppers Drug Mart Corp | A | Dividend | K | T | Partial Sell | 07/17 | J | A | |
| 78.  Sysco Corp | A | Dividend | | | All Sale | 05/31 | J | A | |
| 79.  T Price Mid Cap Val Fund | A | Dividend | K | T | | | | | |
| 80.  T Price Media & Tel Fund | A | Dividend | K | T | Partial Sell | 03/24 | J | B | |
| 81.  T Price Media & Tel Fund | A | Dividend | K | T | Partial Sell | 12/21 | J | C | |
| 82.  United Health Group, Inc | A | Dividend | J | T | | | | | |
| 83.  Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 84.  Vanguard Spc Hlth Fund | A | Dividend | J | T | Partial Sell | 03/24 | J | B | |
| 85.  Washington Mutual, Inc | A | Dividend | K | T | Partial Sell | 03/24 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Washington Mutual, Inc | B | Dividend | J | T | Partial Sell | 07/17 | J | B | |
| 87. Washington Mutual - Bond | B | Dividend | L | T | Buy | 04/03 | L | | |
| 88. Washington Mutual - Bond | B | Dividend | | | Redemption | 10/06 | L | A | |
| 89. Weingarten Realty Inv | A | Dividend | K | T | Buy | 03/24 | J | | |
| 90. Weingarten Realty Inv | A | Dividend | K | T | Partial Sell | 12/21 | J | A | |
| 91. Amcent: Intl Disc Fund | A | Dividend | K | T | Partial Sell | 03/24 | J | B | |
| 92. Amcent: Intl Disc Fund | A | Dividend | J | T | Partial Sell | 12/21 | J | A | |
| 93. Columbia Intl Value A Fund | A | Dividend | K | T | Buy | 06/20 | J | | |
| 94. Columbia Intl Value A Fund | A | Dividend | K | T | Partial Sell | 03/24 | J | A | |
| 95. Columbia Intl Value A Fund | A | Dividend | K | T | Partial Sell | 12/21 | K | D | |
| 96. First Eagle Overseas | A | Dividend | K | T | Partial Sell | 07/17 | J | A | |
| 97. ICON Healthcare Fund | A | Dividend | J | T | | | | | |
| 98. Julius Baer Intl Eqty | A | Dividend | K | T | Partial Sell | 03/24 | J | B | |
| 99. Julius Baer Intl Eqty | A | Dividend | K | T | Partial Sell | 12/21 | J | B | |
| 100. MFS Intl New Discovery A Fund | A | Dividend | K | T | Partial Sell | 12/21 | J | A | |
| 101. MFS Intl New Discovery A Fund | A | Dividend | K | T | Partial Sell | 03/24 | J | A | |
| 102. Morgan Stanley Inst Intl Real Estate Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Thornburg Intl Value Fund | A | Dividend | K | T | Partial Sell | 3/24 | J | A | |
| 104.  Thornburg Intl Value Fund | A | Dividend | K | T | Partial Sell | 12/21 | J | A | |
| 105.  William Blair Intl Gr Fund | A | Dividend | K | T | Partial Sell | 03/24 | J | A | |
| 106.  Entertainment Pptys Tr | A | Dividend | K | T | | | | | |
| 107.  American Gen Fin - Bond | A | Interest | J | T | | | | | |
| 108.  American Gen Fin - Bond | A | Interest | J | T | | | | | |
| 109.  ATCO Ltd Class I | A | Dividend | K | T | Partial Sell | 03/24 | J | A | |
| 110.  ATCO Ltd Class I | A | Dividend | K | T | Partial Sell | 07/17 | J | A | |
| 111.  Bank Georgia CD | A | Interest | J | T | | | | | |
| 112.  Bank Hapoalim CD | A | Interest | | | Redemption | 12/14 | J | A | |
| 113.  Bank of Nova Scotia | A | Dividend | K | T | Partial Sell | 03/24 | J | C | |
| 114.  Caterpillar Fin - Bond | A | Interest | J | T | | | | | |
| 115.  Caterpillar Fin - Bond | A | Interest | K | T | | | | | |
| 116.  Caterpillar Fin - Bond | A | Interest | J | T | | | | | |
| 117.  Dayton OH - Bond | A | Interest | J | T | | | | | |
| 118.  Enbridge, Inc | A | Dividend | | | All Sale | 03/24 | K | D | |
| 119.  Exchange Natl Bank CD | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fairfax Cnty VA - Bond | A | Interest | J | T | | | | | |
| 121. Gainsville Bank - Bond | A | Interest | K | T | | | | | |
| 122. GTE NW (Verizon) - Bond | A | Interest | J | T | | | | | |
| 123. John Hancock - Bond | A | Interest | J | T | | | | | |
| 124. Lehman Bank - Bond | B | Interest | K | T | | | | | |
| 125. Manulife Fin Corp | A | Dividend | K | T | | | | | |
| 126. NStar Elec Co - Bond | A | Interest | J | T | | | | | |
| 127. Parke Bank - Bond | A | Interest | K | T | | | | | |
| 128. Petro-Canada | A | Dividend | K | T | Partial Sell | 07/17 | J | A | |
| 129. Petro-Canada | A | Dividend | K | T | Partial Sell | 12/21 | J | C | |
| 130. Power Financial Corp | A | Dividend | K | T | | | | | |
| 131. PPG Industries - Bond | A | Interest | J | T | | | | | |
| 132. Protective Life - Bond | A | Interest | J | T | | | | | |
| 133. Rhode Island - Bond | A | Interest | K | T | | | | | |
| 134. Sterling Svgs Bank CD | A | Interest | K | T | Buy | 07/17 | K | | |
| 135. Sterling Svgs Bank CD | A | Interest | | | Redemption | 10/20 | K | A | |
| 136. Voyager Bank CD | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Weston George Ltd | A | Dividend | | | All Sale | 07/17 | K | C | |
| 138. Capital One CD | A | Interest | | | Redemption | 12/15 | K | A | |
| 139. CIB Bank CD | A | Interest | J | T | | | | | |
| 140. Compass Bank CD | A | Interest | K | T | Buy | 09/07 | K | | |
| 141. Compass Bank CD | A | Interest | K | T | Redemption | 12/15 | K | A | |
| 142. Discover Bank CD | A | Interest | J | T | | | | | |
| 143. Doral Bank CD | A | Interest | J | T | | | | | |
| 144. Doral Bank CD | A | Interest | J | T | | | | | |
| 145. Lehman Bros Bank CD | C | Interest | K | T | | | | | |
| 146. Lehman Bros Bank CD | A | Interest | J | T | | | | | |
| 147. Lehman Bros Bank CD | A | Interest | | | Redemption | 07/14 | J | A | |
| 148. Merrick Bank CD | A | Interest | J | T | | | | | |
| 149. Park Cities Bank CD | A | Interest | | | Redemption | 02/09 | K | A | |
| 150. Texas Capital Bank CD | A | Interest | | | Redemption | 07/20 | J | A | |
| 151. AT & T Corp - Bond | A | Interest | | | Redemption | 05/25 | J | A | |
| 152. General Motors Acc - Bond | A | Interest | J | T | | | | | |
| 153. General Motors Acc - Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Household Finance - Bond | B | Interest | | | Redemption | 09/15 | K | A | |
| 155. Household Finance - Bond | A | Interest | J | T | | | | | |
| 156. Household Finance - Bond | A | Interest | K | T | | | | | |
| 157. Indiana Health - Bond | B | Interest | K | T | | | | | |
| 158. Intl Lease Fin - Bond | A | Interest | J | T | | | | | |
| 159. Kent Hosp Fin - Bond | A | Interest | J | T | | | | | |
| 160. Rubbermaid, Inc - Bond | A | Interest | | | Redemption | 11/15 | J | A | |
| 161. Harris Cap PFD | A | Dividend | J | T | | | | | |
| 162. Kinder Morgan Energy Fund | A | Dividend | J | T | Buy | 03/24 | J | | |
| 163. Kinder Morgan Energy Fund | A | Dividend | | | All Sale | 07/17 | K | D | |
| 164. Magellan Midstream | B | Dividend | K | T | Partial Sell | 12/21 | J | A | |
| 165. North Europ Oil Fund | A | Dividend | | | All Sale | 03/24 | K | C | |
| 166. Sunoco Logistics Partners | B | Dividend | K | T | Partial Sell | 12/21 | J | A | |
| 167. TC Pipelines | B | Dividend | J | T | Buy | 03/24 | J | | |
| 168. TC Pipelines | B | Dividend | | | All Sale | 12/21 | K | A | |
| 169. Archstone Communities | A | Dividend | K | T | Partial Sell | 03/24 | J | A | |
| 170. Archstone Communities | A | Dividend | K | T | Partial Sell | 12/21 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. AvalonBay Communities | A | Dividend | K | T | Partial Sell | 03/24 | J | B | |
| 172. AvalonBay Communities | A | Dividend | K | T | Partial Sell | 12/21 | J | B | |
| 173. Boston Properties, Inc | A | Dividend | K | T | Partial Sell | 03/24 | J | B | |
| 174. Boston Properties, Inc | A | Dividend | K | T | Partial Sell | 12/21 | J | B | |
| 175. C & S Realty Fund | A | Dividend | K | T | Partial Sell | 03/24 | J | B | |
| 176. C & S Realty Fund | A | Dividend | K | T | Partial Sell | 12/21 | J | B | |
| 177. C & S Realty Inc A Fund | A | Dividend | J | T | Buy | 03/24 | J | | |
| 178. C & S Realty Inc A Fund | A | Dividend | | | All Sale | 12/21 | K | C | |
| 179. CBL & Assoc Properties | A | Dividend | K | T | Partial Sell | 07/17 | J | A | |
| 180. CBL & Assoc Properties | A | Dividend | J | T | Buy | 07/17 | J | | |
| 181. CBL & Assoc Properties | A | Dividend | | | All Sale | 12/21 | K | D | |
| 182. Centerpoint Properties | A | Dividend | | | All Sale | 03/08 | K | D | |
| 183. General Growth Properties | A | Dividend | | | All Sale | 03/03 | K | D | |
| 184. SL Green Realty | A | Dividend | K | T | Partial Sell | 03/24 | J | C | |
| 185. SL Green Realty | A | Dividend | | | All Sale | 12/21 | J | C | |
| 186. Vornado Realty Trust | A | Dividend | | | All Sale | 07/17 | K | E | |
| 187. Anchor Life Policy | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Trust Mark Life Policy | A | Dividend | K | T | | | | | |
| 189. Indianapolis Life Policy | A | Dividend | K | T | | | | | |
| 190. MetLife Policy | A | Dividend | J | T | | | | | |
| 191. Schwab Money Market - FBO #1 | A | Dividend | J | T | | | | | |
| 192. Calamos Gr & Inc Fund - FBO #1 | A | Dividend | | | All Sale | 12/21 | J | B | |
| 193. D R Horton - FBO #1 | A | Dividend | J | T | | | | | |
| 194. Eaton Vance Utilities Fund - FBO #1 | A | Dividend | J | T | | | | | |
| 195. Enbridge - FBO #1 | A | Dividend | | | All Sale | 07/18 | J | B | |
| 196. FBR Small Cap Fncl Fund - FBO #1 | A | Dividend | J | T | | | | | |
| 197. Knight Transportation - FBO #1 | A | Dividend | J | T | | | | | |
| 198. Magellan Midstream - FBO #1 | A | Dividend | J | T | | | | | |
| 199. Meridian Value Fund - FBO #1 | A | Dividend | J | T | | | | | |
| 200. Seligman Comm Fund - FBO #1 | A | Dividend | J | T | | | | | |
| 201. SL Green Realty - FBO #1 | A | Dividend | J | T | Buy | 03/24 | J | | |
| 202. SL Green Realty - FBO #1 | A | Dividend | J | T | Partial Sell | 07/18 | J | A | |
| 203. Vanguard Spc Hlth Fund - FBO #1 | A | Dividend | J | T | | | | | |
| 204. MFS Intl New Discovery A Fund - FBO #1 | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. MFS Intl New Discovery A Fund - FBO #1 | A | Dividend | J | T | Partial Sell | 12/21 | J | A | |
| 206. Columbia Intl Value A Fund - FBO #1 | A | Dividend | | | All Sale | 12/21 | J | B | |
| 207. Thornburg Intl Value A Fund - FBO #1 | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |
| 208. Thornburg Intl Value A Fund - FBO #1 | A | Dividend | J | T | Partial Sell | 12/21 | J | A | |
| 209. William Blair Intl Gr Fund - FBO #1 | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |
| 210. William Blair Intl Gr Fund - FBO #1 | A | Dividend | J | T | Partial Sell | 12/21 | J | A | |
| 211. Morgan Stanley Inst Intl Real Est - FBO #1 | A | Dividend | J | T | | | | | |
| 212. Vanguard Energy Fund - FBO #1 | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |
| 213. ATCO Ltd Class I - FBO #1 | A | Dividend | J | T | | | | | |
| 214. Petro-Canada FBO #1 | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |
| 215. Power Financial Corp - FBO #1 | A | Dividend | J | T | | | | | |
| 216. Bankers Trust NY - Bond/FBO #1 | A | Interest | J | T | | | | | |
| 217. Discover Bank - Bond/FBO #1 | A | Interest | J | T | | | | | |
| 218. First Charter Bank - Bond/FBO #1 | A | Interest | J | T | Buy | 04/05 | J | A | |
| 219. First Charter Bank - Bond/FBO #1 | A | Interest | | | Redemption | 10/19 | J | A | |
| 220. General Motors Acc - Bond/FBO #1 | A | Interest | | | Redemption | 04/15 | J | A | |
| 221. Honeywell Intl Inc - Bond/FBO #1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Household Finance - Bond/FBO #1 | A | Interest | J | T | | | | | |
| 223. Bac Cap Tr II - FBO #1 | A | Dividend | J | T | | | | | |
| 224. Voyager Bank - Bond/FBO #1 | A | Interest | J | T | | | | | |
| 225. Washington Mutual - Bond/FBO #1 | A | Interest | J | T | | | | | |
| 226. Harris Cap - FBO #1 | A | Dividend | J | T | | | | | |
| 227. Kinder Morgan Energy - FBO #1 | A | Dividend | | | All Sale | 07/18 | J | B | |
| 228. AvalonBay Communities - FBO #1 | A | Dividend | J | T | Partial Sell | 07/18 | J | A | |
| 229. Boston Properties, Inc - FBO #1 | A | Dividend | J | T | Partial Sell | 07/18 | J | A | |
| 230. C & S Realty Inc A Fund - FBO #1 | A | Dividend | J | T | | | | | |
| 231. CBL & Assoc Properties - FBO #1 | A | Dividend | | | All Sale | 12/21 | J | C | |
| 232. Centerpoint Pptys Trust - FBO #1 | A | Dividend | | | All Sale | 03/08 | J | B | |
| 233. Texas Capital Bank CD - FBO #1 | A | Interest | | | Redemption | 07/20 | J | A | |
| 234. Schwab Money Market Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 235. Calamos Gr & Inc Fund - FBO #2 | A | Dividend | | | All Sale | 12/21 | J | B | |
| 236. Eaton Vance Utilities Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 237. FBR Small Cap Fncl Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 238. Meridian Value Fund - FBO #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Seligman Comm Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 240. Vanguard Energy Fund - FBO #2 | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |
| 241. Vanguard Spc Hlth Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 242. MFS Intl New Discovery A - FBO #2 | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |
| 243. Thornburg Intl Value A - FBO #2 | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |
| 244. William Blair Intl Gr Fund - FBO #2 | A | Dividend | J | T | Partial Sell | 03/24 | J | A | |
| 245. Archstone Communities - FBO #2 | A | Dividend | J | T | | | | | |
| 246. ATCO Ltd Class I - FBO #2 | A | Dividend | J | T | | | | | |
| 247. Centerpoint Pptys Trust - FBO #2 | A | Dividend | | | All Sale | 03/08 | J | A | |
| 248. D R Horton - FBO #2 | A | Dividend | J | T | | | | | |
| 249. Power Financial Corp - FBO #2 | A | Dividend | J | T | Partial Sell | 12/21 | J | A | |
| 250. General Motors Acc - Bond/FBO #2 | A | Interest | | | Redemption | 04/15 | J | A | |
| 251. Discover Bank - Bond/FBO #2 | A | Interest | J | T | | | | | |
| 252. Discover Bank- Bond/FBO #2 | A | Interest | | | Redemption | 11/09 | J | A | |
| 253. First Charter Bank - Bond/FBO #2 | A | Interest | J | T | Buy | 04/03 | J | | |
| 254. First Charter Bank - Bond/FBO #2 | A | Interest | | | Redemption | 10/19 | J | A | |
| 255. Honeywell Intl Inc - Bond/FBO #2 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Household Finance - Bond/FBO #2 | A | Interest | J | T | | | | | |
| 257. Omni Bank - Bond/FBO #2 | A | Interest | J | T | | | | | |
| 258. New Frontier Bank CD - FBO #2 | A | Interest | J | T | | | | | |
| 259. Bac Cap Tr II - FBO #2 | A | Dividend | J | T | | | | | |
| 260. Sabine Royalty Tr - FBO #2 | A | Dividend | J | T | | | | | |
| 261. Magellan Midstream - FBO #2 | A | Dividend | J | T | | | | | |
| 262. TC Pipelines - FBO #2 | A | Dividend | J | T | Buy | 03/24 | J | | |
| 263. TC Pipelines - FBO #2 | A | Dividend | | | All Sale | 07/18 | J | A | |
| 264. C & S Realty Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 265. Vornado Realty Trust - FBO #2 | A | Dividend | | | All Sale | 07/18 | J | C | |
| 266. Weingarten Realty - FBO #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L | 04/26/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____May 2, 2007_____

NOTE: ANY IND[...]ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544